# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>LOUIS M. DOMENECH,<br>　　　　　　　　　Defendant. | Case No. 00-CR-234-JPS<br><br>ORDER |

　　　　By Judgment dated June 27, 2001, this court sentenced defendant Louis M. Domenech ("Domenech") to 94 months' imprisonment, to be followed by 36 months' supervised release. Domenech completed his term of incarceration and began serving his term of supervised release on November 8, 2007. On April 30, 2009, upon notice that Domenech was in state custody on a new violation, this court issued a warrant for Domenech's arrest, which was lodged as a detainer with the Milwaukee County Sheriff's Department. On December 13, 2010, in a jury trial in Milwaukee County Circuit Court, Domenech was found guilty of First Degree Intentional Homicide, Attempted, with Use of a Dangerous Weapon (Count One); Possession of a Firearm by a Felon (Count Two); and Possession of THC (2nd+ Offense) (Count Three). Domenech was sentenced to 45 years' imprisonment on count one; five years' imprisonment on count two, consecutive to count one; and five years and six months' imprisonment on count three, consecutive to count one. Domenech's projected mandatory release date is September 29, 2059.

　　　　This matter comes before the court on a Petition from Domenech's supervising probation officer, seeking to revoke the defendant's supervised release, predicated on Domenech's violation of the term of supervised release that he not "commit another federal, state, or local crime." When the Petition from Probation was initially filed in June of 2011, the court ordered that the

warrant remain in place as a lodged detainer, and stated that it would revisit the matter following Domenech's exhaustion of his state appeals. (Docket #61). Domenech has now exhausted his appeals, and his conviction and sentence stand.

By letter to the court dated February 24, 2014, Domenech's counsel recommends dismissing the revocation petition terminating Domenech's remaining term of supervised release. (Docket #63). Counsel for the government concurs in the recommendation. While Domenech's conduct certainly warrants revocation, Domenech is nearly fifty years old and has more than forty-five years remaining on his state sentence, rendering his release from state custody a remote possibility. The court thus concurs with the joint recommendation of counsel that it would not be a prudent use of taxpayer resources to hold revocation proceedings in this matter.

Accordingly,

IT IS ORDERED that the Petition from Probation seeking revocation be and the same is hereby DISMISSED;

IT IS FURTHER ORDERED that the warrant lodged as a detainer be and the same is hereby VACATED;

IT IS FURTHER ORDERED that Domenech's supervised release be and the same is hereby terminated, effective as of the date of this Order; and

IT IS FURTHER ORDERED that the Clerk of the Court send a copy of this Order to Domenech, to the United States Probation Office for the Eastern District of Wisconsin, and to the United States Marshals Service.

Dated at Milwaukee, Wisconsin, this 1st day of April, 2014.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge